694

No. 534. ORLANDO *v.* ILLINOIS. January 4, 1943. Petition for writ of certiorari to the Supreme Court of Illinois denied. *Mr. Wm. Scott Stewart* for petitioner.

No. 535. PARAGON LAND CORP. *v.* DAY ET AL., TRUSTEES. January 4, 1943. Petition for writ of certiorari to the Supreme Court of New York denied. *Mr. Samuel Okin* for petitioner. *Mr. Frederick A. Keck* for respondents.

No. 542. PRATT, TRUSTEE, *v.* CHEMICAL BANK & TRUST Co. ET AL. January 4, 1943. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Addison S. Pratt, pro se. Mr. Michael Halperin* for respondents.

No. 545. KUDILE ET AL., COPARTNERS, *v.* NATIONAL LABOR RELATIONS BOARD. January 4, 1943. Petition for writ of certiorari to the Circuit Court of Appeals for the Third Circuit denied. *Mr. Irwin Margulies* for petitioners. *Solicitor General Fahy* and *Messrs. Robert B. Watts* and *Ernest A. Gross* and *Miss Ruth Weyand* for respondent.

No. 405. GARLINGTON ET VIR *v.* WASSON. January 4, 1943. Petition for writ of certiorari to the Supreme Court of Texas denied. *Mr. M. C. Martin* for petitioners. *Mr. Clyde E. Thomas* for respondent. See 138 Tex. 651.

No. 536. BRINTON *v.* FEDERAL LAND BANK OF BERKELEY. January 4, 1943. Petition for writ of certiorari to the Circuit Court of Appeals for the Tenth Circuit